UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------x
UNITED STATES OF AMERICA,

- against-

MARCIANO VALLEJO,

Defendant.
-----------------------------------------------x

**ORDER**

26 Cr. 520 (ER)

Ramos, D.J.:

An initial pretrial conference will be held on **November 12, 2026, at 3:30 p.m.** in Courtroom 318 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: November 10, 2026
New York, New York

Edgardo Ramos, U.S.D.J.